UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL DANT | CIVIL ACTION |
| VERSUS | NO. 16-16131 |
| BERTUCCI CONTRACTING COMPANY, LLC, ET AL | SECTION: "B"(4) |

ORDER

Before the Court are several motions, **IT IS ORDERED** that:

1. Defendant Bertucci Contracting Company, L.L.C's Motion in Limine (Rec. Doc. No. 53) is **DENIED**; provided Plaintiff is able to show a substantially similar malfunction of the hydraulic system that caused his injury also caused the subsequent grounding of the vessel at issue. Until then, no one should mention that grounding without prior court approval after hearing outside the presence of the jury.

2. Defendant Certain Underwriters at Lloyd's, London's Motion in Limine to Exclude the Proffered Testimony of Safety Expert Michell Stollier, (Rec. Doc. No. 54) is **GRANTED**. The proposed expert testimony contains excludable conclusions of law and matters of common knowledge and sense. However, subject to trial evidence received from Plaintiff's case in chief and the Defendant, Plaintiff may seek reconsideration in order to present rebuttal evidence that may be admissible to address latter evidence. In any event, Plaintiff may argue and cross-examine witnesses using relevant OSHA regulations.

1

3. Defendant Certain Underwriters at Lloyd's, London's Motion in Limine to Exclude Certain Testimony of Plaintiff's Expert Economist and Vocational Rehabilitation Expert (Rec. Doc. No. 55) is **DENIED**; <u>Provided</u> Plaintiff's experts acknowledge and explain noted late omissions in their reports.  Defendant may within 14 days upon request depose them on their corrected reports prior to trial at Plaintiff's costs in view of their omissions in original reports.

4. Defendant Certain Underwriters at Lloyd's, London's Motion in Limine to Exclude Evidence of Subsequent Remedial Measures (Rec. Doc. No. 56) is **DENIED** - <u>Provided</u> Plaintiff uses the photos at issue in a manner that does not suggest a subsequent remedial measure.

5. Plaintiff Michael Dant's Motion for Sanctions (Rec. Doc. No. 57) is **DENIED**.

6. Plaintiff Michael Dant's Motion in Limine (Rec. Doc. No. 58) is **DENIED** as to Plaintiff's grand larceny felony conviction and **GRANTED** as to arrests, and interactions with law enforcement and courts.  All counsel shall refrain from unprofessional conduct and language.

7. Plaintiff Michael Dant's Motion to Strike Witness (Rec. Doc. No. 68) is **DENIED.**  However, within 14 days, Defendant shall produce at Plaintiff's request their witness at Defendant's

expense for an updated deposition in view of the untimely production of his expert opinion.

New Orleans, Louisiana, this 27th day of June, 2018.

                                              _____
                                              SENIOR UNITED STATES DISTRICT JUDGE